| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| H. Vaughn Hapeman SBN 057225<br>Law Offices of H. Vaughn Hapeman<br>15615 Alton Parkway, Suite 175<br>Irvine, CA 92618<br><br>949/756-0161<br><br>Attorney for: Kafai, Norco Holdings & Jeff Farhoomand | FILED<br>DEC 6 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>ROYA V. KAFAI<br><br>Debtor(s). | |
|---|---|
| SCHINDLER ELEVATOR CORP.<br>Plaintiff(s). | CHAPTER: 11<br>CASE NO.: 8:09-BK-13598-RK |
| vs.<br>SHELLMAN CONSTRUCTION, ET AL AND RELATED CROSS-ACTIONS<br>Defendant(s). | ADVERSARY NO.: 8:09-AP-01659-RK<br>DATE: 12/7/10<br>TIME: 1:30 P.M.<br>PLACE: Courtroom 5D |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served?   ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?   ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?   ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?   ☒ Yes  ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (or on attached page):

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| Joint Status Report - *Page 2* | F 7016-1.1 |
|---|---|
| In re<br>ROYA V. KAFAI<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:09-BK-13598-RK<br>ADVERSARY NO.: 8:09-AP-01659-RK |

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   Plaintiff
   April 14, 2011

   Defendant
   June 1, 2011

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   Plaintiff
   MEDIATION WITH CENTER BANK

   Defendant

3. When do you expect to complete your discovery efforts?

   Plaintiff
   COMPLETED

   Defendant
   Deposition of Roya Kafai

4. What additional discovery do you require to prepare for trial?

   Plaintiff
   NONE

   Defendant

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   Plaintiff
   3 DAYS

   Defendant
   4 days

2. How many witnesses do you intend to call at trial (including opposing parties)?

   Plaintiff
   3-4

   Defendant
   2-3

3. How many exhibits do you anticipate using at trial?

   Plaintiff
   UNCERTAIN

   Defendant

*(Continued on next page)*

| Joint Status Report - *Page 3* | F 7016-1.1 |
|---|---|
| In re<br>ROYA V. KAFAI<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:09-BK-13598-RK<br>ADVERSARY NO.: 8:09-AP-01659-RK |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. (See Local Bankruptcy Rule 7016-1.) If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference  X  (is)/ ___ (is not) requested.
Reasons: _____

<u>Defendant</u>

Pre-trial conference  X  (is)/ ___ (is not) requested.
Reasons: _____

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date) 04/15/11

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date) June 1, 2011

**E.    SETTLEMENT:**

1.  What is the status of settlement efforts?
    UNSUCCESSFUL

2.  Has this dispute been formally mediated?    ☐ Yes   ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

    Plaintiff              Defendant
    ☒ Yes   ☐ No          ☒ Yes   ☐ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 7016-1.1

| Joint Status Report - Page 4 | F 7016-1.1 |
|---|---|
| In re ROYA V. KAFAI | CHAPTER: 11 |
| | CASE NO.: 8:09-BK-13598-RK |
| Debtor(s). | ADVERSARY NO.: 8:09-AP-01659-RK |

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Substantial settlement discussions have been had without success. ~~It is felt that mediation would not prove fruitful, as the parties are too far apart.~~ Mediation may assist in the discussions. Co-Defendants Condor and related entities remain in this litigation.

PLAINTIFF IS UNWILLING TO MEDIATE AND REQUESTS AN EARLY TRIAL DATE.

Respectfully submitted,

Dated: 12/3/10

Law Offices of H. Vaughn Hapeman
Firm Name

By: *H. Vaughn Hapeman*

Name: H. Vaughn Hapeman

Attorney for: Kafai/Norco Holding/Farhoomand

Dated: 12-2-10

Jung & Yuen
Firm Name

By: *[signature]*

Name: Clifford Jung

Attorney for: Center Bank

In Re Roya V. Kafai
Adv. No 8:09-AP-01659-RK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Case Status Report will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 3, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

X☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes
a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2010 | H. Vaughn Hapeman | /s/ H. Vaughn Hapeman |
|---|---|---|
| Date | Type Name | Signature |

**In Re Roya V. Kafai**
**Adv. No 8:09-AP-01659-RK**

**ADDITIONAL SERVICE INFORMATION** (if needed):
1. Served via NEF.

- H Vaughn Hapeman    vaughn@hvhlaw.com
- Clifford P Jung    clifford@jyllp.com, info@jyllp.com
- Elmer D Martin    elmermartin@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- J Scott Williams    jwilliams@williamsbkfirm.com

2. Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Neil H Berger
Humphrey Berger & Associates
23901 Calabasas Rd Ste 1069
Calabasas, CA 91302

Condor Guaranty, Inc.
,

Condor Insurance Limited
,

Condor Insurance Limited
c/o Neil H. Berger, Esq.
Humphrey Berger & Assoc.
5230 Las Virgenes Rd.
Suite 275
Calabasas, CA 91302

Steven Ray Garcia
550 N Brand Blvd Ste 1500
Glendale, CA 91203-1922

Curtis C Jung
888 S Figueroa St Suite 720
Los Angeles, CA 90017

Millennium Corporate Solutions
,

Millennium Corporate Solutions, a corporation
c/o Clark H. Cameron, Esq.
Humphrey Berger & Assoc.
23901 Calabasas Rd., Ste. 1069
Calabasas, CA 91302-3456

Shindler Elevator Corp
c/o Nathan H. Harris, Esq.
Hemar Rousso & Heald
15910 Ventura Blvd.
12th Fl.
Encino, CA 91436

Arnold Veldkamp
1508 W Mission Rd
Escondido, CA 92029